# Owens v. The State.

*Larceny.*

(Decided November 24, 1914. 66 South. 852.)

1. *Bill of Exceptions; Contents; Striking.*—A bill of exceptions may be stricken on motion as violative of rule 32, Circuit Court Practice, where it contains a catechismal stenographic report of the trial embodying the testimony, and remarks of counsel and of court, as does the one under review.

2. *Same; Presentation; Time.*—A bill of exceptions if not presented to the trial judge within ninety days from the judgment as required by section 3019, Code 1907, will be stricken on motion.

APPEAL from Mobile City Court.

Heard before Hon. O. J. SEMMES.

Johnnie Owens was convicted of grand larceny and he appeals. Affirmed.

GEORGE B. CLEVELAND, for appellant. No brief reached the Reporter

R. C. BRICKELL, Attorney General, for the State. The bill of exceptions violates rule 32 Circuit Court Practice, and should be stricken. It should be stricken also because not filed within 90 days.—Sec. 3019, Code 1907.

BROWN, J.—This case was submitted on the motion of the Attorney General to strike the bill of exceptions and on the merits.

The bill of exceptions is nothing more than a catechismal stenographic report of the trial, embodying the testimony of the witnesses and the remarks of counsel and of the court, in patent violation of rule 32 of circuit court practice.—Civil Code 1907, p. 1526; *Hester v. Cantrell,* 169 Ala. 490, 53 South. 1009.

In addition to this, as a cause for striking the bill of exceptions, it was not presented to the trial judge within 90 days from the rendition of the judgment.—Code 1907, 3019; *Tuggle v. Wilson,* 179 Ala. 671, 60 South. 391.

The motion to strike the bill of exceptions is granted, and, there being no error apparent upon the record, the judgment of the city court is affirmed.

Affirmed.